Stephen M. Doniger, Esq. (SBN179314)
Email: stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
Email: scott@donigerlawfirm.com
DONIGER/BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE REIDT, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>THE SEED PEOPLE'S MARKET, a Business Entity of Form Unknown; LAB HOLDING LLC, a Limited Liability Company; THE CAMP PROJECT LLC, a Limited Liability Company; SHAHEEN SADEGHI, an individual; CHRIS BENNETT, an individual; NINA BRITO, an individual; and DOES 1-25,<br><br>Defendants. | Case No.: CV11-05716 GW (JEMx)<br>*Honorable George H. Wu Presiding*<br><br>**ORDER ON STIPULATION FOR DISMISSAL** |

<u>ORDER</u>:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice.
2. All parties to this stipulation will bear their own costs and fees as incurred in connection with this action.

<u>SO ORDERED</u>.

Dated:  May 24, 2012          By: _____
                                  GEORGE H. WU, U.S. District Judge


<u>ORDER</u>:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice.
2. All parties to this stipulation will bear their own costs and fees as incurred in connection with this action.

<u>SO ORDERED</u>.

Dated:  May 24, 2012          By: _____
GEORGE H. WU, U.S. District Judge